UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONARCH DENTAL CORPORATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN DOE,<br><br>    Defendant. | Civil Action No. 02-cv-2613 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

TO: Michael E. Kunz, Clerk of United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106

PLEASE TAKE NOTICE, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, Monarch Dental Corporation ("Monarch"), hereby files this Notice to dismiss the above captioned case without prejudice. To date, Monarch has not received an Answer or Motion for Summary Judgment the defendant, and a review of the docket in this case reveals that no such pleading has been filed.

Dated: 9-25-02

Respectfully submitted,

_____
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, Suite 1900
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 665-3000 – Telephone
(215) 665-3165 – Facsimile

Counsel to Monarch Dental Corporation

408646

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONARCH DENTAL CORPORATION, )
                             )
            Plaintiff,        )     Civil Action No. 02-cv-2613
                             )
      vs.                    )
                             )
JOHN DOE,                     )
                             )
            Defendant.        )
_____)

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, an associate attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on September 25, 2002, I caused a true and correct copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 to be served upon the parties listed on the attached service list by first class U.S. mail, postage prepaid.

_____
Michael D. Vagnoni, Esquire

408646

**SERVICE LIST**

Stuart M. Glass, Esquire
GOODWIN PROCTOR
Exchange Place
Boston, MA 02109

408646